UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE R. ROMINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01446-KES-CDB<br><br>ORDER GRANTING APPLICATION OF ANTHONY S. GODFREY TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 4)<br><br>ORDER GRANTING APPLICATION OF ROBERT C. HILLIARD TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 5) |

　　　　The Court has considered the applications of Anthony S. Godfrey and Robert C. Hilliard, attorneys for Plaintiff Jacqueline R. Romine, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Docs. 4, 5).  In light of the applications and for good cause appearing, the applications for admission to practice *pro hac vice* are HEREBY GRANTED.

　　　　The *pro hac vice* attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **December 4, 2024**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE