UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE R. ROMINE,<br><br>  Plaintiff,<br><br>  v.<br><br>PFIZER INC., et al.,<br><br>  Defendants. | Case No. 1:24-cv-01446-KES-CDB<br><br>ORDER GRANTING APPLICATION OF BONNIE J. RICKERT TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 7) |

The Court has considered the application of Bonnie J. Rickert, attorney for Plaintiff Jacqueline R. Romine, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 7). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **December 11, 2024**  _____
UNITED STATES MAGISTRATE JUDGE